772 A.2d 925

KATHLEEN MCKEAND, PLAINTIFF–RESPONDENT, v. RONALD
F. GERHARD, ET AL., DEFENDANTS–APPELLANTS.

February 23, 2001.

## ORDER

The matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

772 A.2d 925

ANNE RIDING, PLAINTIFF–CROSS–APPELLANT v.
TOWN MILLS CRAFT CENTER, INC., ET AL.,
DEFENDANTS–CROSS–RESPONDENTS.

March 9, 2001.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within notice of cross-appeal is dismissed.